UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 21-30184
                                       Originating No. 5:20-cr-72-1

**JASON GRAHAM,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JASON GRAHAM,** to answer to charges pending in another federal district, and states:

1. On **April 21, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Vermont based on an Indictment**. **Defendant is charged in that district with violation of 18 U.S.C. §875(c)- Transmitting communication threats to injure a person of another and aiding and abetting.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Alyse Wu
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
alyse.wu@usa.doj.gov
(313) 226-9589

Dated: April 21, 2021